# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE UNDERWRITERS | CIVIL ACTION |
| VERSUS | NO. 08-3202 |
| DAVID MILLS, ET AL. | SECTION "L" (3) |

## ORDER

The Court has received a motion for summary judgment (Rec. Doc. 78) filed by Plaintiff St. Paul Fire and Marine Insurance Company ("St. Paul"). The Court has confirmed with counsel for Defendants Tim Sosebee, Mark Writesman, and Dale Patillo that the motion is unopposed. Defendant David Mills has signed an affidavit testifying to the facts underlying the motion. The Court has reviewed the motion, the law, and the materials, and concludes that there is no genuine dispute of material fact and that St. Paul is entitled to judgment as a matter of law that the insurance policy at issue should be reformed to reflect the actual mutual intent of St. Paul and Mills regarding the policy limits. Accordingly,

IT IS ORDERED that St. Paul's motion is GRANTED. The Charter Boat Insurance Policy bearing Policy No. SFG0005727 issued by St. Paul to Defendant, David Mills d/b/a/ Reel Tite Fishing Guide Services, LLC ("Mills") for the policy period of October 5, 2007 – October 5, 2008 ("the 2007-2008 Policy") is hereby reformed to reflect the mutual intent of the parties. Specifically, the 2007-2008 Policy is reformed to reflect Liability Coverage with a policy limit of $100,000.00 and Uninsured Boater Coverage with a policy limit of $100,000.00. Accordingly, St. Paul's uninsured boater exposure, if any, to Defendants Tim Sosebee, Mark Writesman, and Dale Patillo (collectively, the "Passenger Defendants") under the 2007-2008

Policy with respect to the boating accident that occurred on or about May 2, 2008 (the "Accident") cannot exceed the 2007-2008 Policy's Uninsured Boater Coverage limit of $100,000.00, and St. Paul's liability exposure, if any, to the Passenger Defendants under the 2007-2008 Policy with respect to the Accident cannot exceed the 2007-2008 Policy's Liability Coverage limit of $100,000.00.

New Orleans, Louisiana, this 20th day of April, 2011.

**UNITED STATES DISTRICT JUDGE**

2